3

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 5 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. B-01-011 |
| RAE ANN PEREZ, | § § | (Claim No. 82054) |
| Defendant. | § § | |

## USA'S MOTION TO DISMISS WITHOUT PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, the UNITED STATES OF AMERICA ("USA"), Plaintiff in the above entitled and numbered cause of action, and asks the Court for an Order Dismissing its claims filed against Defendant, Rae Ann Perez without prejudice, and would respectfully show the Court that Plaintiff has been unsuccessful in locating and serving the Defendant.

WHEREFORE, PREMISES CONSIDERED, USA requests that this Court enter an Order Dismissing all claims against Perez, without prejudice to USA's right to refile same and that all costs of Court and attorney's fees are to be borne by the party or parties incurring same.

Respectfully submitted,

By: *M. H. Cersonsky*

M. H. Cersonsky, TBA#04048500
U.S. Southern Dist. No.: 5082
5065 Westheimer, Ste. 600
Houston, Texas 77056
Tel. (713)840-1492/Fax (713)840-0038
**Attorney for United States of America**

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

## CERTIFICATE OF SERVICE

I, certify that a true and correct copy of the above and foregoing was mailed by certified mail, return receipt requested on February 27, 2001, to counsel for Defendant:

Rae Ann Perez
2102 North 7TH Street, Apt. D
Harlingen, TX 78550

_____
M. H. Cersonsky