4

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

MAR 0 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-011 |
| | § | (Claim No. B-01-011) |
| RAE ANN PEREZ, | § | |
| | § | |
| Defendant | § | |

## ORDER OF DISMISSAL

ON THIS DAY, came on to be heard Plaintiff's, USA's, Motion to dismiss claim against Rae Ann

Perez without Prejudice to USA's right to refile same, and after due consideration, the Court notes that

Plaintiff's attorneys announced that USA has been unsuccessful in locating and serving the Defendant, and

that said Motion should be GRANTED.

It is therefore, ORDERED, that this case be dismissed without prejudice, with all costs of Court and

fees assessed against the party incurring same.

SIGNED _____, 2001, at Brownsville, Texas.

_____
United States District Judge